PROB 35
(Rev. 5/23)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

UNITED STATES OF AMERICA

v.                                          Crim. No.    5:12CR00018-2

Shannon D. Brown

On September 9, 2022, the above named was placed on supervised release for a period of 5 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_W. Caleb Mobley_ (signature)

W. Caleb Mobley
United States Probation Officer

**ORDER OF THE COURT**

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated June _11_, 2026.

_Lisa Godbey Wood_ (signature)

Honorable Lisa Godbey Wood
United States District Judge